**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. FRAZIER, *et al.*, | No. C-11-4850 EMC |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| AEGIS WHOLESALE CORP., *et al.*, | |
| Defendants. _____/ | |

On September 30, 2011, Defendants filed a Notice of Removal with this Court. On October 7, 2011, Defendants filed a Motion to Dismiss this case. The Motion was heard on December 13, 2011. An Order Granting Defendant's Motion was issued on December 16, 2011 directing Plaintiffs to file their amended complaint by January 15, 2012. Said order was mailed to Plaintiffs at their last known address on December 16, 2011. The mailing has not been returned and Plaintiffs did not file their amended complaint.

On November 2, 2011, this Court issued an order setting a Case Management Conference for January 20, 2012 at 9:00 a.m. Said order was mailed to Plaintiffs at their last known address on November 2, 2011. The mailing has not been returned and Plaintiffs failed to appear at the Case Management Conference, which was held on January 20, 2012.

Accordingly, Plaintiffs are hereby ordered to show cause in writing why this case should not be dismissed for failure to prosecute and to comply with this Court's order. Their show cause response must be filed in this Court no later than **February 24, 2012**. Plaintiffs are further directed to appear for a show cause hearing on **March 9, 2012, at 1:30 p.m.** in Courtroom 5, 17th Floor, United States

1  Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Failure to file a response or to appear
2  at the hearing will result in dismissal of the action.  Plaintiffs may wish to consult the Court's
3  "Handbook for Litigants Without a Lawyer," available from the Clerk's Office or on the Court's
4  website at http://www.cand.uscourts.gov/prosehandbk.

6      IT IS SO ORDERED.

8  Dated: January 25, 2012

                                            EDWARD M. CHEN
                                            United States District Judge

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT K. FRAZIER et al,

      Plaintiff,

v.

AEGIS WHOLESALE CORP et al,

      Defendant.

Case Number: CV11-04850 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Merriam LH. Frazier
507 Brooks Drive
Oakley, CA 94561

Robert K. Frazier
507 Brooks Drive
Oakley, CA 94561

Dated: January 25, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3