UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. FRAZIER, *et al.*, | No. C-11-4850 EMC |
| Plaintiffs, | |
| v. | **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| AEGIS WHOLESALE CORP., *et al.*, | |
| Defendants. | |
| _____/ | |

    Previously, the Court issued an order to show cause asking the plaintiffs why the case should not be terminated. The Court expressly stated that a failure to file a response would result in an automatic dismissal with prejudice. Plaintiffs did not file a response to the order to show cause and did not appear at the OSC. Accordingly, the Court hereby dismisses this action with prejudice and directs the Clerk of the Court to close the file in this case.

    IT IS SO ORDERED.

Dated: March 9, 2012

_____
EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT K. FRAZIER et al,

    Plaintiff,

v.

AEGIS WHOLESALE CORP et al,

    Defendant.

Case Number: CV11-04850 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Merriam LH. Frazier
507 Brooks Drive
Oakley, CA 94561

Robert K. Frazier
507 Brooks Drive
Oakley, CA 94561

Dated: March 9, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2